1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   Grant P. Fondo  (181530)
    Assistant United States Attorney

5      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113

6      Telephone: (408) 535-5061                    *E-FILED - 12/23/09*
       Fax:  (408) 535-5066

7      E-Mail: grant.fondo@usdoj.gov

8   Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE  DIVISION
12

13
    UNITED STATES OF AMERICA,        )        No. CR. 09-00359 RMW
14                                    )
            Plaintiff,                )        STIPULATION AND
15                                    )        [] ORDER RESCHEDULING
        v.                            )        DECEMBER 7, 2009 HEARING TO
16                                    )        DECEMBER 21, 2009 AND EXCLUDING
    Jose Aguilar, Jr.,                )        TIME
17          a/k/a Reynaldo Aguilar,   )
            Jose Raul Aguilar, and    )
18          Jose Raul Aguilar, Jr.    )
                                      )
19                                    )
            Defendant.                )
20   _____)

21          The parties currently have a status hearing scheduled for on December 7, 2009, at 9:00

22   a.m.  The parties are still engaged in plea discussions, and believe additional time would

23   facilitate those discussions.  Therefore, the parties request and stipulate that the status conference

24   be moved two weeks, to December 21, 2009 at 9:00 a.m.  For the purposes of continuity of

25   counsel and defense preparation, the parties stipulate to an exclusion of time from December 7,

26   2009 through December 21, 2009 under the Speedy Trial Act to allow counsel for the defendant

27   reasonable time for effective preparation and to further plea discussions.

28

ORDER EXCLUDING TIME
Case No. CR 09-00359 RMW

1    The government hereby submits this written request for an order finding that said time is

2    excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by

3    taking such action and outweigh the best interests of the public and defendants in a speedy trial.

4    18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny

5    counsel for defendant reasonable time necessary for effective preparation, taking into account the

6    exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

7

8    DATED: December 1, 2009                    JOSEPH P. RUSSONIELLO
                                                 United States Attorney
9

10

11                                              _____/S/_____
                                                 GRANT P. FONDO
                                                 Assistant United States Attorney
12

13                                              _____/S/_____
                                                 LARA VINNARD
14                                               Counsel for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the parties' December 7, 2009 status conference be reschedule to December 21,

4  2009 at 9:00 a.m., and that the time between December 7, 2009 and December 21, 2009 is

5  excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the ends of justice

6  are served by taking such action and outweigh the best interests of the public and defendant in a

7  speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would

8  unreasonably deny counsel for defendant reasonable time necessary for effective preparation,

9  taking into account the exercise of due diligence.  The court therefore concludes that this

10  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

11

12  DATED:  ___12/23/09_____

*Ronald M. Whyte*

13                                              RONALD M. WHYTE
                                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME
Case No. CR 09-00359 RMW

-3-