1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  Grant P. Fondo  (181530)
   Assistant United States Attorney
5    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
6    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
7    E-Mail: grant.fondo@usdoj.gov

8  Attorneys for Plaintiff

*E-FILED - 12/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. 09-00359 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [] ORDER SCHEDULING |
| v. ) | NEXT HEARING TO JANUARY 11, 2010 |
| ) | AND EXCLUDING TIME |
| Jose Aguilar, Jr., ) | |
|     a/k/a Reynaldo Aguilar, ) | |
|     Jose Raul Aguilar, and ) | |
|     Jose Raul Aguilar, Jr. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties believe they may have reached an agreement regarding a resolution to this matter. However, the government needs time to prepare the plea agreement and provide it to the defense, and after which the defense counsel will require time to review the plea agreement with Mr. Aguilar. Therefore, the parties request and stipulate that the parties' next status conference be scheduled for January 11, 2010 at 9:00 a.m., or other date that is convenient for the Court. For the purposes of continuity of counsel and defense preparation, the parties stipulate to an exclusion of time from December 7, 2009 (the date of the parties' last status conference) through

///

ORDER EXCLUDING TIME
Case No. CR 09-00359 RMW

1  January 11, 2010 under the Speedy Trial Act to allow counsel for the defendant reasonable time
2  for effective preparation and to further plea discussions.
3      The government hereby submits this written request for an order finding that said time is
4  excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by
5  taking such action and outweigh the best interests of the public and defendants in a speedy trial.
6  18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny
7  counsel for defendant reasonable time necessary for effective preparation, taking into account the
8  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

10  DATED: December 18, 2009        JOSEPH P. RUSSONIELLO
                                    United States Attorney

13              /S/
            GRANT P. FONDO
            Assistant United States Attorney

15              /S/
            LARA VINNARD
16          Counsel for Defendant

|    |    |
|----|----|
| 1  | **ORDER** |
| 2  | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
| 3  | ORDERS that the parties' next status conference be scheduled for January 11, 2010 at 9:00 a.m., |
| 4  | and that the time between December 7, 2009 and January 11, 2010 is excluded under the Speedy |
| 5  | Trial Act, 18 U.S.C. § 3161.  The court finds that the ends of justice are served by taking such |
| 6  | action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § |
| 7  | 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny counsel for |
| 8  | defendant reasonable time necessary for effective preparation, taking into account the exercise of |
| 9  | due diligence.  The court therefore concludes that this exclusion of time should be made under 18 |
| 10 | U.S.C. §§ 3161(h)(7)(A) and (B)(iv). |

DATED: 12/23/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge