BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 5/6/10*

Counsel for Defendant AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>v.                                 )<br>                                   )<br>JOSE AGUILAR,                      )<br>                                   )<br>            Defendant.             )<br>_____) | No. CR 09-00359 RMW<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING; []**<br>**ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, May 3, 2010 at 9:00 a.m., be continued to Monday, May 10, 2010, at 9:00 a.m.  The continuance is requested because the parties require additional time to meet and confer, conduct research, and prepare briefing regarding legal issues raised by the Court at the parties' previous appearance on April 26, 2010.

///

///

///

///

The Probation Officer has been contacted and has no objection to the proposed continuance.

Dated: 4/29/10

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 4/29/10

_____/s/_____
GRANT FONDO
Assistant United States Attorney

## [] ORDER

The parties have jointly requested a continuance of the sentencing hearing set for May 3, 2010, to allow time for the parties to meet and confer, conduct additional research, and prepare briefing regarding legal issues raised by the Court.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date presently set for Monday, May 3, 2010, be continued to Monday, May 10, 2010, at 9:00 a.m.

Dated:  5/6/10

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge